Filed 8/24/16  P. v. Samudio CA2/1

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>ESTHER ARLENE SAMUDIO,<br><br>    Defendant and Appellant. | B268261<br><br>(Los Angeles County<br>Super. Ct. No. MA065069) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Andrew E. Cooper, Judge.  Affirmed.

Michael W. Flynn, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

An information filed January 9, 2015 charged Esther Arlene Samudio with one felony count of possession of a controlled substance (heroin and methamphetamine) while armed with a firearm, in violation of Health and Safety Code section 11370.1, subdivision (a). Samudio pleaded no contest the same day, and on January 30, 2015, the trial court imposed 36 months of formal probation and suspended imposition of sentence.

Samudio failed to appear on April 9, 2015 without sufficient excuse, and the trial court revoked her probation, issued a bench warrant, and calendared the matter for a possible probation violation. On October 26, 2015, Samudio admitted she violated probation, and the trial court sentenced her to the low term of two years and gave Samudio 88 days actual and conduct credit, and ordered fines and fees.

Samudio appealed. We appointed counsel to represent Samudio on appeal. After examining the record, counsel filed an opening brief raising no issues and asking this court to independently review the record. On April 29, 2016, we advised Samudio she had 30 days within which to personally submit any contentions or issues he wished us to consider. To date, we have received no response.

We have examined the entire record and are satisfied that Samudio's counsel has fully complied with his responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 109–110; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.

JOHNSON, J.

We concur:

ROTHSCHILD, P. J.

LUI, J.

2